UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22 A 9:56

| | |
|---|---|
| WOODMAN DESIGN GROUP, INC. )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>)<br>)<br>THE HOMESTEADS OF NEWTOWN, LLC., )<br>MORTON SILBERSTEIN, )<br>LINDA SILBERSTEIN, and )<br>ARBOR COMMERCIAL MORTGAGE LLC )<br>)<br>Defendants )<br>)<br>) | Civil Action No. 3:01<br>CV-2029 (SRU)<br><br><br><br><br><br><br><br><br><br>October 21, 2003 |

**PLAINTIFF WOODMAN DESIGN GROUP, INC.'S ASSENTED-TO MOTION
TO EXTEND DEADLINE FOR FILING OPPOSITION TO ARBOR
COMMERCIAL MORTGAGE LLC'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(b), Plaintiff Woodman Design Group, Inc. ("Woodman") moves for a brief extension of the deadline for the filing of its response to defendant Arbor Commercial Mortgage LLC's Motion for Summary Judgment. Woodman requests that it be allowed until November 3, 2003 – 10 days from the initial due date of October 24, 2003 – to respond to Arbor's motion.

Woodman has good cause for the granting of additional time because it requires an extension in light of the fact that its counsel is scheduled to begin trial in Massachusetts Superior Court, Essex County, on October 28, 2003. As a result of the

pending trial, counsel has had and will continue to have only limited time to prepare Woodman's opposition to the summary judgment motion.

This is Woodman's first request for an extension of the deadline.

Counsel for Arbor does not oppose the extension.

WHEREFORE, plaintiff Woodman Design Group., Inc., respectfully requests that the Court allow until the close of business November 3, 2003 for the filing of its opposition to defendant Arbor Commercial Mortgage, LLC's Motion for Summary Judgment.

Respectfully submitted,
Woodman Design Group, Inc.

By its attorneys,

Brian E. Whiteley
Federal Bar No. CT23223
For Scibelli and Whiteley, LLP
189 State Street, Sixth Floor
Boston, MA 02109
(617) 227-5725

Marc P. Mercier
Federal Bar No. ct10886
For Beck and Eldergill, P/C.
447 Center Street
Manchester, CT 06040
(860) 646-5606

Dated: October 21, 2003