77

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22 A 9: 56

| | |
|---|---|
| WOODMAN DESIGN GROUP, INC. <br><br> Plaintiff, <br><br> V. <br><br><br> THE HOMESTEADS OF NEWTOWN, LLC., <br> MORTON SILBERSTEIN, <br> LINDA SILBERSTEIN, and <br> ARBOR COMMERCIAL MORTGAGE LLC <br><br> Defendants | Civil Action No. 3:01 <br> CV-2029 (SRU) <br><br><br><br><br><br><br><br><br> October 21, 2003 |

**PLAINTIFF WOODMAN DESIGN GROUP, INC.'S ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO ARBOR COMMERCIAL MORTGAGE LLC'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(b), Plaintiff Woodman Design Group, Inc. ("Woodman") moves for a brief extension of the deadline for the filing of its response to defendant Arbor Commercial Mortgage LLC's Motion for Summary Judgment. Woodman requests that it be allowed until November 3, 2003 – 10 days from the initial due date of October 24, 2003 – to respond to Arbor's motion.

Woodman has good cause for the granting of additional time because it requires an extension in light of the fact that its counsel is scheduled to begin trial in Massachusetts Superior Court, Essex County, on October 28, 2003. As a result of the

GRANTED; ABSENT OBJECTION.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.
10/23/03