FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    2003 NOV 20 P 3: 09

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| WOODMAN DESIGN GROUP, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:01 |
| ) | CV-2029 (SRU) |
| v. ) | |
| ) | |
| THE HOMESTEADS OF NEWTOWN, L.L.C., ) | |
| MORTON SILBERSTEIN, ) | |
| LINDA SILBERSTEIN, and ) | |
| ARBOR COMMERCIAL MORTGAGE L.L.C. ) | |
| ) | |
| Defendants. ) | NOVEMBER 20, 2003 |
| ) | |

**ARBOR COMMERCIAL MORTGAGE LLC'S AGREED MOTION
FOR AN EXTENSION OF TIME IN WHICH TO FILE ITS REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Co-defendant Arbor Commercial Mortgage LLC ("Arbor") moves for a short extension of time in which to file a brief reply memorandum in support of its motion for summary judgment. Arbor requests that it be allowed until December 1, 2003 to file its reply brief to reply to the points raised in plaintiff's opposition. The extension sought is ten days from the original due date of November 21, 2003.

Arbor seeks the additional time because its counsel has been on business-required travel in Arkansas and in Montana over the past two weeks, and because of the Thanksgiving holiday on November 27, 2003. As a result, Arbor's counsel has had limited time to prepare a reply brief.

Counsel for plaintiff Woodman Design Group, Inc. does not oppose the extension. Moreover, no other deadlines will be affected by the extension.

WHEREFORE, co-defendant Arbor Commercial Mortgage LLC respectfully requests that the Court allow it until the close of business December 1, 2003 to file its reply brief in support of its motion for summary judgment.

Dated: November 20, 2003

Respectfully submitted,
Arbor Commercial Mortgage, LLC

By its attorneys,

Martin L. McCann,
Federal Bar No. ct 11725
ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard, P.O. Box 1740
Bridgeport, Connecticut 06601-1740
(203) 333-9441 (fax) 333-1489

Constantinos G. Panagopoulos
Federal Bar No. ct 23552
Jeffrey W. Larroca
BALLARD SPAHR ANDREWS &
 INGERSOLL, LLP.
601 13th Street, N.W., Suite 1000 South
Washington, D.C. 20005-3807
202-661-2200  (fax) 202-661-2299

CERTIFICATE OF SERVICE

I, Martin L. McCann, hereby certify that a true and correct copy of Arbor Commercial Mortgage LLC's agreed motion for an extension of time in which to file its reply memorandum in support of its motion for summary judgment was faxed and mailed first-class, postage prepaid on this 20th day of November, 2003, to:

> Brian Whitely, Esq.
> Scibelli and Whiteley, LLP
> 189 State Street, Sixth Floor
> Boston, Massachusetts 02109
> Fax: (617) 722-6003
>
> Marc P. Mercier, Esq.
> Beck and Eldergill, P.C.
> 447 Center Street
> Manchester, Connecticut 06040
> Fax: (860) 646-0054
>
> Patricia W. Boatman, Esq.
> Boatman, Boscarino, Grasso and Twachtman
> 628 Hebron Avenue
> Building Three
> Glastonbury, Connecticut  06033
> Fax: (860) 657-4549

*/s/ Martin L. McCann*
Martin L. McCann