FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT       2003 NOV 20 P 3: 09

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| WOODMAN DESIGN GROUP, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:01 |
| ) | CV-2029 (SRU) |
| v. ) | |
| ) | |
| THE HOMESTEADS OF NEWTOWN, L.L.C., ) | |
| MORTON SILBERSTEIN, ) | |
| LINDA SILBERSTEIN, and ) | |
| ARBOR COMMERCIAL MORTGAGE L.L.C. ) | |
| ) | |
| Defendants. ) | NOVEMBER 20, 2003 |

**ARBOR COMMERCIAL MORTGAGE LLC'S AGREED MOTION
FOR AN EXTENSION OF TIME IN WHICH TO FILE ITS REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Co-defendant Arbor Commercial Mortgage LLC ("Arbor") moves for a short extension of time in which to file a brief reply memorandum in support of its motion for summary judgment. Arbor requests that it be allowed until December 1, 2003 to file its reply brief to reply to the points raised in plaintiff's opposition. The extension sought is ten days from the original due date of November 21, 2003.

Arbor seeks the additional time because its counsel has been on business-required travel in Arkansas and in Montana over the past two weeks, and because of the Thanksgiving holiday on November 27, 2003. As a result, Arbor's counsel has had limited time to prepare a reply brief.

Counsel for plaintiff Woodman Design Group, Inc. does not oppose the extension. Moreover, no other deadlines will be affected by the extension.

GRANTED; ABSENT OBJECTION.
SO ORDERED: /s/ Stefan R. Underhill, U.S.D.J. 12/1/03