HONORABLE Stefan Underhill
CT/cvmhrg (January 10, 2002)

DEPUTY CLERK Moritz

RPTR/ERO/TAPE Catucci

TOTAL TIME: 2 hours ____ minutes

DATE 4-16-04    START TIME 11:30    END TIME 1:30

LUNCH RECESS FROM ____ TO ____

RECESS FROM ____ TO ____ (if more than 1/2 hour)

CIVIL NO. 3:01cv 2029 (SRU)

Woodman
vs.
Homesteads

§
§
§
§
§

Brian Whitley
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Constantinos Panagopoulos
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

### MOTION DOCUMENT NO.

| | | Motion | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☑ | #74 | Summary Judgment | ☑ | granted | ☑ denied | ☐ advisement |
| ☐ | # | Motion | ☐ | granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ | granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ | granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ | granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ | granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ | granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion | ☐ | granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion | ☐ | granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion | ☐ | granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion | ☐ | granted | ☐ denied | ☐ advisement |

☐ ........ ☐ Brief(s) due ____ ☐ Proposed Findings due ____ Response due ____

| ☐ | ____ | ☐ filed | ☐ docketed |
| ☐ | ____ | ☐ filed | ☐ docketed |
| ☐ | ____ | ☐ filed | ☐ docketed |
| ☐ | ____ | ☐ filed | ☐ docketed |
| ☐ | ____ | ☐ filed | ☐ docketed |
| ☐ | ____ | ☐ filed | ☐ docketed |
| ☐ | ____ | ☐ filed | ☐ docketed |
| ☐ | ____ | ☐ filed | ☐ docketed |

☐ ........ ____ Hearing continued until ____ at ____