UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WOODMAN DESIGN GROUP, INC. | : |
| | : |
| v. | : Civil Action No. |
| | : 3:01cv2029 (SRU) |
| HOMESTEADS OF NEWTOWN, LLC | : |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___    A ruling on the following motions which are currently pending:  (orefm.)

_X_    A settlement conference (orefmisc./cnf)

___    A conference to discuss the following:  (orefmisc./cnf) _____

___    Other:  (orefmisc./misc) _____

SO ORDERED this 19th day of May 2004, at Bridgeport, Connecticut.

                                                      /s/ Stefan R. Underhill
                                                    Stefan R. Underhill
                                                    United States District Judge