UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 21  P 12: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

|  |  |  |
|---|---|---|
| WOODMAN DESIGN GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil Action No. 3:01 |
| | ) | CV-2029 (SRU) |
| | ) | |
| THE HOMESTEADS OF NEWTOWN, LLC., | ) | |
| MORTON SILBERSTEIN, | ) | |
| LINDA SILBERSTEIN, and | ) | |
| ARBOR COMMERCIAL MORTGAGE LLC | ) | |
| | ) | |
| Defendants | ) | |
| | ) | May 19, 2004 |

### JOINT MOTION TO CONTINUE DATE FOR FILING OF PRE-TRIAL MEMORANDUM AND TO EXCUSE PERSONAL ATTENDANCE AT THE JUNE 11, 2004 CALENDAR CALL

Pursuant to Local Rule 7(b), the parties move jointly to extend the date for the filing of a final pre-trial memorandum until 21 days from the conclusion of mediation in the event mediation is unsuccessful in whole or in part. The parties further request leave to participate in the June 11, 2004 calendar call by telephone given that lead counsel for two of the parties have offices out of state and counsel for the remaining parties is located in Glastonbury, Connecticut.

The parties have good cause for the granting of additional time because the extension will allow the parties to conserve resources and pursue a settlement through the Court's mediation program. All of the parties have agreed to participate in the mediation.

This is the first request for an extension of the deadline for the filing of the pre-trial memorandum.

The parties further request leave to participate in the June 11, 2004 calendar call by telephone. Lead counsel for the plaintiff is in Boston; lead counsel for defendant Arbor Commercial Mortgage LLC is in Washington, DC; and lead counsel for the remaining defendants is in Glastonbury, Connecticut. The parties anticipate that the calendar call will be limited to reporting on the status of the mediation and selecting a trial date. Allowing counsel to attend the calendar call by telephone will further conserve the parties' resources.

WHEREFORE, the parties respectfully request that the Court: (1) extend the date for the filing of a final pre-trial memorandum until 21 days from the conclusion of mediation in the event mediation is unsuccessful in whole or in part; and (2) allow counsel to participate in the June 11, 2004 calendar call by telephone.

Respectfully submitted,

Woodman Design Group, Inc.

By its attorneys,

*/s/ Brian E. Whiteley*

Brian E. Whiteley
Federal Bar No. ct23223
For Scibelli and Whiteley, LLP
45 School Street, Third Floor
Boston, MA 02108
(617) 227-5725

*/s/ Marc Mercier by B.E.W.*

Marc P. Mercier
Federal Bar No. ct10886
For Beck and Eldergill, P/C.
447 Center Street
Manchester, CT 06040
(860) 646-5606

Respectfully submitted,

The Homesteads of Newtown, LLC
Morton Silberstein
Linda Silberstein

By their attorneys,

*/s/ Patrick W. Boatman*

Patrick W. Boatman, Esq.
Federal Bar No. ct05336
Boatman, Boscarino, Grasso
 and Twachtman
628 Hebron Avenue, Building Three
Glastonbury, CT 06033
860-659-5657

Respectfully submitted,

Arbor Commercial Mortgage LLC

*/s/ Martin McCann by B.E.W.*

By its attorneys
Martin L. McCann
Federal Bar No. ct11725
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard, P.O. Box 1740
Bridgeport, CT 06601
(203) 333-9441

3

                                                  *Jeffy Larroa /by B.S.L.*

F. Joseph Nealon
Constantinos G. Panagopoulos
Jeffrey W. Larroca
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W., Suite 1000 South
Washington, DC 2005
202-661-2200

Dated: May 19, 2004

4

## CERTIFICATE OF SERVICE

I, Brian E. Whiteley, hereby certify that I caused a true and accurate copy of the foregoing document to be served by facsimile and first class mail on

Constantinos G. Panagopoulos, Esq.
Ballard Spahr
601 13th Street, N.W., Suite 1000 South
Washington, DC 20005

Martin L. McCann. Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
PO Box 1740
Bridgeport, CT 06601

Patrick W. Boatman, Esq.
Boatman, Boscarino, Grasso and Twachtman
628 Hebron Avenue
Glastonbury, CT 06033

_____
Brian E. Whiteley