UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 16 P 12: 23

U.S. DISTRICT COURT

| | |
|---|---|
| WOODMAN DESIGN GROUP, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action no:3:01cv2029(SRU) |
| ) | |
| THE HOMESTEADS OF NEWTOWN, ) | |
| LLC, et al ) | |
| ) | |
| Defendants ) | September 15, 2004 |

## NOTICE OF BANKRUPTCY

Please be advised that the Defendant, The Homesteads at Newtown, LLC, has filed a petition for relief under Chapter 11 of Title 11 of the United States Code on September 9, 2004 with the United States Bankruptcy Court for the District of Connecticut at New Haven. A copy of the filed bankruptcy petition is attached hereto as Exhibit A.

DEFENDANT,
THE HOMESTEADS AT NEWTOWN, LLC

By_____
Patrick W. Boatman
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Ave., Bldg. #3
Glastonbury CT 06033
Tel. No.: (860) 659-5657
Federal Bar No. ct05336

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Bankruptcy was sent, postage prepaid, via U.S. Mail to the following counsel of record on the 15th day of September, 2004:

Brian E. Whiteley, Esquire
Scibelli and Whiteley LLP
45 School Street, Third Floor
Boston, MA 02108

Marc P. Mercier, Esquire
Beck and Eldergill, P.C.
447 Center Street
Manchester, CT 06040

Martin L. McCann, Esquire
Zeldes Needle & Cooper, P.C.
1000 LaFayette Boulevard, P.O. Box 1740
Bridgeport, CT 06601

Patrick W. Boatman

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>The Homesteads at Newtown, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 06-1524868 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>497 Three Corners Road<br>Guilford, CT 06437 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Fairfield | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor  166 Mount Pleasant Road, Newtown, CT 06404
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [✓] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [✓] Other LLC
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [✓] Business

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

Statistical/Administrative Information (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] |

Estimated Assets:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] |

Estimated Debts:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] |

THIS SPACE IS FOR COURT USE ONLY

Official Form 1) (12/03)  
FORM B1, Page 2

**Voluntary Petition**  
(This page must be completed and filed in every case)

Name of Debtor(s): The Homesteads at Newtown, LLC

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: Homestead Community at Newtown, LLC | Case Number: 04-30417 | Date Filed: 02/02/2004 |
|---|---|---|
| District: Connecticut at New Haven | Relationship: Affiliate | Judge: Lorraine M. Weil |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____  
Signature of Debtor

X _____  
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X _[signed]_  
Signature of Attorney for Debtor(s)  
Mark R. Jacobs  
Printed Name of Attorney for Debtor(s)  
Jacobs Partners LLC  
Firm Name  
Merritt View, 383 Main Ave.  
Address  
Norwalk, CT 06851  
(203) 846-6622  
Telephone Number  
September 9, 2004  
Date

**Exhibit A**  
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**  
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  
Signature of Attorney for Debtor(s)   Date

**Exhibit C**  
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.  
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____  
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Linda K. Silberstein_  
Signature of Authorized Individual  
Linda K. Silberstein  
Printed Name of Authorized Individual  
Managing Member  
Title of Authorized Individual  
September 9, 2004  
Date