UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Woodman Design

V.                                Case Number: 3:01cv2029 (SRU)

Homesteads, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on November 18, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 18, 2004, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, November 19, 2004.

KEVIN F. ROWE, CLERK

By: /s/ Alice Montz
    Alice Montz
    Deputy Clerk