UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WOODMAN DESIGN GROUP, INC.   :

    v

                                         :     3:01v2029 (SRU)

HOMESTEADS OF NEWTOWN, LLC   :
MORTON SILBERSTEIN
LINDA SILBERSTEIN
ARBOR COMMERCIAL MORTGAGE, LCC:

## J U D G M E N T

     Notice having been sent to counsel of record on November 19, 2004, by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before December 18, 2004 and

    No closing papers or further requests for action having been received within the time specified, therefore,

    It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

    Dated at Bridgeport, Connecticut this 22nd day of December, 2004.

                                                   KEVIN F. ROWE, CLERK

                                            By   /s/ Alice Montz
                                                    Deputy Clerk

Entered on Docket